IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAMEKA LASHAY WRIGHT                                                    PLAINTIFF

v.                                       Case No. 4:19-cv-4051

ANDREW SAUL
Commissioner, Social Security Administration                             DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation (ECF No. 18) filed May 20, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  On June 2, 2020, Plaintiff filed her objections.  ECF No. 19.

The Court has undertaken a *de novo* review of the record.  For the reasons discussed in the order of even date (ECF No. 20), the Court overrules Plaintiff's objections and finds that the Report and Recommendation should be **ADOPTED IN ITS ENTIRETY**.  Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**, this 30th day of September, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge